IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. _____ |
| | **COUNT ONE:** |
| | *(Unlawful User of a Controlled Substance in Possession of a Firearm)* |
| v. | 18 U.S.C. §§ 922(g)(3) and 924(a)(2) |
| JERARDO ESPINO, | NMT: 10 Years' Imprisonment |
| [DOB: 02/26/1993] | NMT: $250,000 Fine |
| | NMT: 3 Years' Supervised Release |
| Defendant. | Class C Felony |
| | |
| | **COUNT TWO:** |
| | *(Possession of a Stolen Firearm)* |
| | 18 U.S.C. §§ 922(j) and 924(a)(2) |
| | NMT: 10 Years' Imprisonment |
| | NMT: $250,000 Fine |
| | NMT: 3 Years' Supervised Release |
| | Class C Felony |
| | |
| | $100 Mandatory Special Assessment on Each Count |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*(Unlawful User of a Controlled Substance in Possession of a Firearm)*

From on or about January 27, 2022 to January 31, 2022, in the Western District of Missouri, **JERARDO ESPINO**, the defendant, then knowing he was an unlawful user of a controlled substance, did knowingly possess a firearm, to wit: a Glock, Model 22, .40 caliber, semi-automatic handgun, bearing Serial Number SFK236, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TWO
### (*Possession of a Stolen Firearm*)

From on or about January 27, 2022 to January 31, 2022, in the Western District of Missouri, the defendant, **JERARDO ESPINO**, knowingly possessed a stolen firearm, to wit: a Glock, Model 22, .40 caliber, semi-automatic handgun, bearing Serial Number SFK236, which had been transported in interstate commerce, knowing or having reasonable cause to believe that the firearm was stolen, contrary to the provisions of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL.

6/22/2022
DATE

*/s/ Sharon Williams*
FOREPERSON OF THE GRAND JURY

*/s/ William A. Alford III*
William A. Alford III
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri