UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name        Jerardo Espino
Alias Name            _____
Birthdate             02/26/1993

**Related Case Information**
Superseding Indictment/Information   ☐ Yes  ☑ No   if yes, original case number

New Defendant                        ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA William A. Alford III

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☑ No
Warrant Required   ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Unlawful User of a Controlled Substance in Possession of a Firearm | 1 |
| 2 | 18:922J.F/7830/4 | Possession of a Stolen Firearm | 2 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date  6/22/2022        Signature of AUSA   /s/ William A. Alford III